**Order entered January 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00565-CV

### JW GST EXEMPT TRUST AND JAMES Y. WYNNE, Appellants

### V.

### WRENO S. WYNNE AND WILLIAM B. WYNNE, Appellees

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 84117-86**

## ORDER

Before the Court is appellants/cross-appellees' January 22, 2015, unopposed motion for extension of time to file their appellants' reply and cross-appellees' briefs. We **GRANT** the motion and **ORDER** appellants/cross-appellees to file their briefs no later than March 6, 2015.

/s/  CRAIG STODDART
    JUSTICE